UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
AUBURN DIVISION

| | | |
|---|---|---|
| MICHELLE NICHOLS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 5:10-cv-1418-GTS/DEP |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| CAWLEY & BERGMANN, LLP | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th day of February, 2011.

ATTORNEYS FOR PLAINTIFF
*Michelle Nichols*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 10th day of February, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 10th day of February, 2011, to:

Jeffrey A. Carlino
Goldberg Segalla, LLP
5786 Widewaters Parkway
Syracuse NY 13214


s/Jessica DeCandia
Jessica DeCandia