UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
AUBURN DIVISION

| | |
|---|---|
| MICHELLE NICHOLS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 5:10-cv-1418-GTS/DEP |
| ) | |
| ) | JOINT MOTION FOR DISMISSAL |
| ) | OF CASE WITH PREJUDICE |
| CAWLEY & BERGMANN, LLP ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, Michelle Nichols, by and through its counsel of record, Weisberg & Meyers, LLC (Dennis R. Kurz) and Defendant, Cawley & Bergmann, LLP, by and through its attorneys of record, Jeffrey A. Carlino, hereby jointly move for dismissal with prejudice of any and all claims that have been or could have been brought in this action against Defendant and its past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiff, with the parties to bear their own costs and attorneys' fees. As grounds for this motion, the parties advise the Court that this matter has been settled.

Respectfully submitted this 29th day of March, 2011.

ATTORNEYS FOR PLAINTIFF
*Michelle Nichols*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***

        ATTORNEYS FOR DEFENDANT
*Cawley & Bergmann, LLP*

By: s/Jeffrey A Carlino
Jeffrey A. Carlino
**Goldberg Segalla, LLP**


Filed electronically on this 29th day of March, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 29th day of March, 2011, to:

Jeffrey A. Carlino
Goldberg Segalla, LLP
5786 Widewaters Parkway
Syracuse NY 13214


s/Tremain Davis
Tremain Davis